IN THE

# SUPREME COURT

OF THE

## STATE OF NEW YORK,

IN FEBRUARY TERM, 1828, IN THE FIFTY-SECOND YEAR OF OUR INDEPENDENCE.

---

### JEWELL against JEWELL.

THE plaintiff obtained an order to examine a witness *de bene esse*, who was too sick to attend the circuit; but he was not, in fact, examined. The verdict being for the plaintiff, he claimed before a commissioner to have the costs of this order taxed; which was refused.

*J. V. N. Yates*, for the plaintiff, moved for a retaxation, citing *Kenney* v. *Vanhorne*, (2 John. Rep. 107.)

*J. M'Kown*, contra

*Curia.* The motion must be denied. The witness was not examined. It would have been otherwise, had the order been executed by an actual examination. In such case, the allowance should have been made as upon an examination by commission.

Motion denied.

An order for the examination of a witness *de bene esse*, cannot be taxed if the witness be not examined. Otherwise if he be examined.